UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00431-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. RIGOVERTO VALLE-SIERRA,
    a/k/a "Jorge,"
2. JOSE ALFREDO SANCHEZ-GUSMAN,
    a/k/a Jose Alfredo Guzman,
    a/k/a "Macaco,"
3. BOGAR GONZALEZ-ITUARET,
    a/k/a Bogar Gonzalez-Ituarte,
    a/k/a "Hugo,"
    a/k/a Pedro Torres,
4. MARTIN GOMEZ-BERRERA,
    a/k/a Martin Gomez-Barrera,
    a/k/a "Huevo,"
    a/k/a "Huevito,"
    a/k/a Mario Alberto Osuna-Cuen,
5. FERNANDO VALENZUELA-SOTO,
    a/k/a Roberto Martinez-Beltran,
    a/k/a Mario Alberto Ozuna,
    a/k/a Mario Alberto,
    a/k/a "Jaime,"
    a/k/a Jose A. Zasueta,
    a/k/a Juan Al Parra,
    a/k/a Jaime Martinez-Beltran,
    a/k/a "Juan,"
    a/k/a 'Cameleon,"
    a/k/a "Sinola,"
6. HECTOR JESUS ZAMUDIO-TOLOZA,
    a/k/a Hector Jesus Zamudio-Tolosa,
    a/k/a "Tecate,"
7. JOSE QUINTANA,
    a/k/a "Chapo,"
    a/k/a "Chepo,"
    a/k/a 'Chepaneco,"

8.  MICHAEL JAMES OVALLE,
    a/k/a Martin Ybarra-Mendoza,
9.  ISMAEL GARCIA,
10. ELIZABETH MARCHAND,
    a/k/a Elizabeth Rodriguez,
11. MONICA ESTRADA,
    a/k/a Beatriz Delgado-Rodriguez,
12. AGUSTIN MAGANA-BERMEO,
13. LARRY JOE HERNANDEZ,
14. OMAR VALLE-SIERRA,
    a/k/a Omar Valle,
15. DEBBIE LEE MADRID,
    a/k/a Debbie Madrid,
16. LETICIA MOCTEZUMA,
    a/k/a "Lety,"
17. CHRISTINA FERNANDEZ-MOLINA,
    a/k/a 'Guera,"
18. ROBERT JOSE CERVANTES JR.,
**19. ENEAS CAMACHO-DOMINGUEZ**,
20. VINCE BENAVIDEZ, and
21. LUIS LUNA,
    a/k/a "Juan,"

        Defendants.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#794)** on April 8, 2008, by Defendant Eneas Camacho-Dominguez. The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **May 29, 2008,** at **3:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

3. The final trial preparation conference set for May 28, 2008, and the June 9, 2008, trial date are **VACATED** as to Defendant Eneas Camacho-Dominguez, only.

Dated this 9th day of April, 2008.

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge

---

[1] In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*